IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 10-cr-00396-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELECIO GONZALES,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the court on the United States' Motion to Disclose Grand Jury Material to Defendant (Doc. # 11). Having reviewed the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's Motion is GRANTED, and that Grand Jury materials as described in the motion may be disclosed to Defendant and his attorney in the course of discovery in this case. It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to Defendant and his attorney; and that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED: September 1, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge