**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00396-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELECIO GONZALES,

    Defendant.

---

**ORDER REGARDING MOTION FOR *IN CAMERA* REVIEW
AND PROTECTIVE ORDER**

---

    The City of Greeley's Motion for *In Camera* Review and Protective Order (Doc. # 28) is hereby GRANTED IN PART to the extent that the Court will conduct an *in camera* review of the subpoenaed documents to determine whether they are relevant to the Defendant's defense of the charges in the criminal case pending before this Court. To the extent that the Court finds certain information is relevant and should be disclosed to the Defendant, the Court will impose appropriate restrictions to protect the confidentiality of the information contained in the documents.

    DATED: November __04__, 2010

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge